UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR THE MICHIGAN
CARPENTERS' COUNCIL PENSION
FUND, ET AL,

        Plaintiffs,

v.

PARK MCPHERSON DESIGN &
CONSTRUCTION, INC.,

        Defendants.
_____/

Case No. 1:09-cv-843

HONORABLE PAUL L. MALONEY

## ORDER REGARDING DEFAULT JUDGMENT

It appearing that default was entered against defendant Park McPherson Design & Construction, Inc. on October 29, 2009. It further appearing that plaintiffs have not applied for Judgment by Default against said defendant. Therefore,

**IT IS HEREBY ORDERED** that plaintiffs shall submit pleadings necessary to obtain a judgment against said defendant(s) pursuant to either Fed.R.Civ.P. 55(b)(1) or 55(b)(2) by **November 30, 2009**.

**IT IS FURTHER ORDERED** that failure to comply with this Order may result in dismissal of this case for lack of prosecution pursuant to W.D. Mich.LCivR 41.1.

Dated: November 17, 2009

 /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge