UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

TRUSTEES FOR THE MICHIGAN
CARPENTERS' COUNCIL PENSION
FUND, TRUSTEES FOR THE MICHIGAN
CARPENTERS' COUNCIL HEALTH
CARE FUND, TRUSTEES FOR THE
MICHIGAN CARPENTERS' COUNCIL
APPRENTICESHIP AND TRAINING
FUND,

   Plaintiffs,

v

PARK McPHERSON DESIGN &
CONSTRUCTION, INC., a Michigan
corporation,

   Defendant.
_____/

Case No. 1:09-cv-00843-PLM

Hon. Paul L. Maloney

## RENEWAL JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT PARK McPHERSON DESIGN & CONSTRUCTION, INC.

THIS MATTER having come on to be heard upon the Plaintiffs' Motion to Renew Judgment, and the Court having found good cause for the granting of said Motion and for the entry of a Renewal Judgment on the original Judgment entered by the Honorable Paul L. Maloney on December 14, 2009 [Docket No. 8] and the Court being otherwise fully advised in the premises,

NOW THEREFORE, upon motion of Maddin Hauser Roth & Heller, PC, attorneys for Plaintiffs,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. The Judgment entered on December 14, 2009 [Docket No. 8] in favor of Plaintiffs and against Defendant Park McPherson Design & Construction, Inc. is hereby renewed and Plaintiffs are granted renewal judgment in the amount of $47,492.77[1] as of September 26, 2019; and

2. All terms and conditions of the original Judgment entered in the above case on December 14, 2009 [Docket No. 8] remain in full force and effect and are incorporated herein as if fully set forth herein, with post-judgment interest to continue to accrue thereon from and after date of entry of this Renewal Judgment at the applicable rate, and Plaintiffs shall have full rights of execution thereon.

DATED: September 27, 2019

/s/ Paul L. Maloney
U.S. DISTRICT COURT JUDGE

---

[1] Consisting of the unpaid judgment balance owed to Plaintiffs for outstanding fringe benefit contributions determined due and owing by audit for the time period January 1, 2006 through December 30, 2008 only, plus liquidated damages due thereon, plus attorney fees as awarded as part of this Court's judgment entered December 14, 2009, plus applicable post-judgment interest through September 26, 2019.

03081637 v117118-0008